# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RONALD G. CLETCHER,

Appellant,

v.

SHERRI A. CLETCHER,

Appellee.

No. 2D23-666

———————————————

April 12, 2024

Appeal from the Circuit Court for Pasco County; Daniel Diskey, Judge.

Paul H. Bowen of Paul H. Bowen, P.A., Palm Harbor, for Appellant.

Mark F. Baseman of Felix, Felix & Baseman, Tampa, for Appellee.


PER CURIAM.

  Affirmed.

SLEET, C.J., and LUCAS and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.